**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| WENDELL ROSS, Petitioner, | ) | Case No. CR-1-04-099 |
| vs. | ) | **MOTION TO AMEND AND SUPPLEMENT §2255 MOTION** |
| UNITED STATES OF AMERICA, Respondent. | ) | |

550

**NOW COMES** Petitioner Wendell Ross and respectfully moves this most Honorable Court pursuant to **Rule 15 et. seq.** to amend and supplement his current §2255 motion pending before this Court for good cause. In support of this motion, the following is averred:

1. The petitioner seeks to amend and supplement his current §2255 motion because he found out that one of his prior Convictions for "escape" did not qualify him as being a "career offender" for USSG §4B1.1 purposes. See **Chambers v. United States**, 555 U.S.____, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009);

2. Petitioner recognizes that **Rule 15** gives this Court the ability to recognize his "actual innocence" claim to which he seeks to add. See, e.g., **United States v. Emerson**, 2010 U.S. Dist. LEXIS 100472 (S.D. Cal. 2010).

FILED
JAMES BONINI
CLERK
10 DEC 16 PM 1:13
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## CONCLUSION

**WHEREFORE, for these reasons** Petitioner requests that this Court **GRANT** him permission to supplement his current §2255 motion pending before this Court.

Respectfully submitted,
Mr. Wendell Ross
Mr. Wendell Ross
Reg. No. 03974-061
FCI-GILMER
P.O. Box 6000
Glenville, WV 26351

## CERTIFICATE OF SERVICE

Petitioner hereby certifies that a true and correct copy of the foregoing motion to amend and supplement was duly served via the U.S. Mailbox here at FCI-GILMER upon counsel for the government as follow:

Timothy D. Oakley
221 E. 4th St, Ste 400
Cincinnati, OH 45202

on this 10 day of December, 2010.

Wendell Ross, Pro Se
/s/Wendell Ross, Pro Se